UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES BURKS, individually and d/b/a Burks Hardwood Lumber, and ROBERT WHITE,<br><br>      Defendants. | Case No. 17-cv-668-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Counts III and IV is entered in favor of plaintiff Scottsdale Insurance Company and against defendants James Burks d/b/a Burks Hardwood Lumber and Robert White;

IT IS FURTHER ORDERED AND ADJUDGED that the alternative claims in Counts I and II are dismissed without prejudice in light of entry of judgment on Counts III and VI; and

IT IS HEREBY DECLARED that:

> Under Commercial General Liability Policy No. CPS2152497, plaintiff Scottsdale Insurance Company has no duty to defend or indemnify its insured, defendant James Burks d/b/a Burks Hardwood Lumber, in the underlying lawsuit, *Robert White v. James Burks*, No. 2017-L-11, brought by defendant Robert White in the Circuit Court for the Fourth Judicial Circuit, Marion County, Illinois.

**DATED:** January 4, 2021

                                              **MARGARET M. ROBERTIE, Clerk of Court**

                                              **s/ Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**